IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| YVONNE REEVES, | ) |
| | ) |
|     Plaintiff, | ) Civil Action No. 7:13cv00001 |
| v. | ) |
| | ) |
| CAREY CAMPBELL, et al., | ) By: Michael F. Urbanski |
| | )     United States District Judge |
|     Defendants. | ) |

**ORDER**

    This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on May 2, 2013, recommending that the defendants' motion to dismiss be granted because plaintiff has failed to state a claim for racial discrimination in violation of the Fair Housing Act. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the defendants' motion to dismiss (Dkt. # 8) is **GRANTED** and that this matter is dismissed without prejudice and **STRICKEN** from the active docket of the court.

    The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

    Entered: May 23, 2013

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge